| | |
|---|---|
| | Judge Karen A. Overstreet |
| | Hearing Date: May 8, 2013 |
| | Hearing Location: Marysville 10:30 |
| | Response Date: May 1, 2013 |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | No. 11-19860 |
| ALEXANDER McLAREN | ) | |
| | ) | MOTION TO SELL PROPERTY and NOTICE OF |
| Debtor | ) | HEARING |
| | ) | |

## NOTICE OF HEARING

On **May 8, 2013**, the Trustee will bring on for hearing his Motion to Sell Property. The hearing will be held before the Honorable Karen A. Overstreet, Bankruptcy Judge, at Marysville Municipal Court, Courtroom 1, 1015 State Avenue, Marysville, Washington, at 10:30 a.m. Any creditor or party in interest responding to this Objection must file its written objection with the Clerk of the Court and serve copies on the appropriate parties by **May 1, 2013**. If there are no timely filed objections, the Court may enter an order granting the requested relief prior to the scheduled hearing date.

## MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL PROPERTY

The Trustee moves this Honorable Court for an order authorizing the sale of whatever interest the estate has in the vessel commonly known as the M/V Endeavour and the M/V Endeavour, LLC. to M.D. Moody and Sons, Inc., for $15,000.00. Alexander McLaren, the Debtor, has failed to turn over the requested documents which would establish the extent of his ownership in these potential assets, despite an Order to do so dated February 28, 2013.

The facts in support of this Motion are found in the Declaration of Peter H. Arkison, the Trustee.

There are many complex legal issues in this case, including: 1) the pending appeal to the 11th Circuit, 2) the relationship of the M/V Endeavour, LLC, bankruptcy to the McLaren personal bankruptcy, 3) the relationship/priority of the claims of this bankruptcy estate versus the claims of

Motion to Sell - 1

Law Offices of
Peter H. Arkison
103 E. Holly Street, Suite 502
Bellingham, WA 98225-4728
(360) 671-0300

Case 11-19860-KAO    Doc 218    Filed 04/16/13    Ent. 04/16/13 18:00:50    Pg. 1 of 2

M.D. Moody and Sons, Inc., in the admiralty action, to the M/V Endeavour, and 4) the interface of bankruptcy law with admiralty law.  The issues are complex; there is no assurance that the Trustee prevail on any of them.  It is clear that there a potential for extensive litigation; the estate is without the funds to retain an attorney to pursue those claims.  Even if the Trustee were to prevail on all of the claims, M.D. Moody and Sons, Inc., would have an allowable claim, possibly a priority one, in an extremely large amount.  The sale appears to be in the best interest of the estate.

Absent an objection, the provisions of F.R.B.P. 6004 (h) are to be waived.

Dated: April 16, 2013

s/ Peter H. Arkison
Peter H. Arkison
Trustee
WSBA 5530

Motion to Sell - 2

Law Offices of
Peter H. Arkison
103 E. Holly Street, Suite 502
Bellingham, WA 98225-4728
(360) 671-0300